UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

UNITED STATES OF AMERICA         CRIMINAL NO. 6:12-cr-0333
                                 CIVIL NO. 6:17-cv-0096

VERSUS                           JUDGE FOOTE

ELTON RAY JONES                  MAGISTRATE JUDGE HANNA

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Elton Ray Jones's Motion to Correct Illegal Sentence [Rec. Doc. 173] is **DENIED AND DISMISSED WITH PREJUDICE** consistent with the report and recommendation.

Pursuant to Rule 11(a) of the Rules governing § 2255 proceedings for the United States District Courts, this Court must issue or deny a certificate of appealability when it enters a final order adverse to the petitioner. Unless a Circuit Justice or a Circuit or District Judge issues a certificate of appealability, an appeal may not be taken to the court of appeal. In this case, a certificate of appealability is

**DENIED** because Barnes has failed to demonstrate a substantial showing of the denial of a constitutional right.

Shreveport, Louisiana, this ___ day of September, 2017.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE